Certificate Number: 14912-ILN-DE-034406953

Bankruptcy Case Number: 20-03252



14912-ILN-DE-034406953

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 1, 2020</u>, at <u>4:20</u> o'clock <u>PM EDT</u>, <u>Maurene Aguilar</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>May 1, 2020</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>